427 A.2d 1187

Gibson et al., Appellants v. Henry et al.

Argued September 10, 1979. C. Robert C. Elicker, Jr., for appellants; William J. Gallagher, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.